UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOREEN CARRABELLO, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:23-cv-00390 |
| EQUIFAX INFORMATION SERVICES LLC, | § § § § | |
| Defendant. | § § | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF REMOVAL

Equifax Information Services LLC ("Equifax") files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A.   PROCEDURAL BACKGROUND

1. On or about March 7, 2023, Loreen Carrabello ("Plaintiff") filed her Petition in the Travis County Justice Court, Case No. J5-CV-23-266300 (the "State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

2. Equifax was served with Plaintiff's Complaint on March 9, 2023. This Notice of Removal is being filed with the thirty (30) day time period required by 28 U.S.C. § 1446(b).

### B.   GROUNDS FOR REMOVAL

3. The present suit is an action over which the United States District Court, Western District of Texas has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court, Western District of Texas, Austin Division, because it is in the district and division embracing the place where the state court action is pending.

5. In accordance with 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders in the State Court Action served upon Defendant Equifax are attached hereto as **Exhibit A**.

6. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Travis County Justice Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Dated: April 5, 2023                              Respectfully submitted,

By: */s/ Forrest M. "Teo" Seger III*
**FORREST M. "TEO" SEGER III**
Texas Bar No. 24070587
TSeger@clarkhill.com
CLARK HILL PLC
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

95782\337215\271172600.v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Notice of Removal* was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel.

I further certify that on April 5, 2023, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Notice of Removal* was served on Plaintiff's counsel by e-mail and by United States Mail to the e-mail address and street address set forth below:

| | |
|---|---|
| Shawn Jaffer | attorneys@jaffer.law |
| Allen Robertson | attorneys@jaffer.law |
| Robert Leach | attorneys@jaffer.law |
| Jaffer & Associates PLLC | |
| 5757 Alpha Road, Suite 580 | |
| Dallas, Texas 75240 | |
| *Attorneys for Plaintiff* | |

        */s/ Forrest M. "Teo" Seger III*
        Forrest M. "Teo" Seger III